UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN VELAZQUEZ,<br><br>                          Plaintiff,<br><br>         -against-<br><br>THE ORNAMENT FACTORY LLC,<br><br>                          Defendant. | 23-cv-5017 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Under the case-management plan for this case, summary-judgment motions were due yesterday. Dkt. 15. Neither party filed such a motion. By June 13, 2024, the parties shall submit a joint letter proposing dates for a final pretrial conference and for trial in August, September, and October 2024.

SO ORDERED.

Dated: June 6, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge