

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
MARK ROZENBERG ■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

June 11, 2024

<u>Via CM/ECF</u>
The Honorable Arun Subramanian
United States District Court
Southern District of New York

  Re: <u>Velazquez v. The Ornament Factory LLC</u>
    Case #: 1:23-cv-05017-AS

Dear Judge Subramanian:

  We represent Plaintiff in the above matter. We write with counsel for Defendant to respectfully request an **extension until June 27, 2024, for the parties to submit their joint letter proposing dates for a final pretrial conference and for trial** in August, September, and October 2024. The letter is currently due June 13.

  The parties request this extension in order to coordinate their calendars and clients' schedules. Also, both counsel's offices will be closed on June 12 and 13 for a religious observance.

  We thank Your Honor and the Court for its kind considerations and courtesies.

                Respectfully submitted,

SO ORDERED.             *s/ Mark Rozenberg*
                   Mark Rozenberg, Esq.

Arun Subramanian, U.S.D.J.
Date: June 11, 2024